## Dickey Unemployment Compensation Case.

Argued December 16, 1964. *Leon Rosenfield,* for claimant, appellant, submitted a brief; *James M. Marsh,* with him *LaBrum and Doak,* for employer-intervenor.

Decision affirmed.

## DiMichele Unemployment Compensation Case.

Argued December 16, 1964. *David Goldstein,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Fowler *v.* Pennsylvania Power & Light Company et al., Appellants.

Argued December 15, 1964. *Charles L. Frank,* for appellant; *William J. Krencewicz,* for appellee.

Judgment affirmed.